# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JEREMY WALKER,

*Plaintiff*

v.

WASHINGTON,

*Defendant*

Civil Action No. 4:16-CV-5117-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The Petition, ECF No. 8 is DISMISSED without prejudice.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian       Magistrate Judge Dimke's Report and Recommendation ECF No. 9 is ADOPTED IN ITS ENTIRETY.


Date:  October 24, 2016

*CLERK OF COURT*

SEAN F. McAVOY

*(By) Deputy Clerk*

s/Sean F. McAvoy